Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

LEONDIS PERRY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  21-19187RG

HEARING DATE:  02/02/2022

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The Trustee did not receive the required documentation in advance of the 341 meeting.  Therefore, a meaningful 341 could not be conducted.  The case will be presented for dismissal at confirmation.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied and the case be dismissed.

Dated:  December 27, 2021

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee