Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  21−19187−RG
                          Chapter:  13
                          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leondis Perry
   473 Halstead Street
   aka 196−198 Tremont Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−2970

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/3/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 3, 2022
JAN: rah

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Leondis Perry  
    Debtor

Case No. 21-19187-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: 148 | Total Noticed: 26 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leondis Perry, 473 Halstead Street, aka 196-198 Tremont Avenue, East Orange, NJ 07018-1897 |
| 519450053 | + | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 519450054 | + | BAC Services, Llc., Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 519450058 | + | Emigrant Mortgage Co, 7 Westchester Plaza, Elmsford, NY 10523-1614 |
| 519450059 | ++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2022 22:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2022 22:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519464641 | + | EDI: BANKAMER.COM | Feb 04 2022 02:28:00 | Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 519450055 | + | EDI: CAPITALONE.COM | Feb 04 2022 02:28:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519485132 | + | Email/Text: bankruptcy@cavps.com | Feb 03 2022 22:04:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519495154 | | EDI: CITICORP.COM | Feb 04 2022 02:28:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519450056 | + | EDI: CITICORP.COM | Feb 04 2022 02:28:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519450057 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 03 2022 22:05:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519497872 | | Email/Text: Bankruptcy@emigrant.com | Feb 03 2022 22:03:00 | Emigrant Funding Corp, c/o Emigrant Bank, 5 East 42nd Street, New York, NY 10017-6904 |
| 519450059 | | Email/Text: BNSFN@capitalsvcs.com | Feb 03 2022 22:03:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 519450060 | + | Email/Text: bankruptcies@foxcollection.com | Feb 03 2022 22:03:00 | Fox Collection Center, Attn: Bankruptcy, Po Box 528, Goodlettsvile, TN 37070-0528 |
| 519464642 | | EDI: IRS.COM | Feb 04 2022 02:28:00 | Internal Revenue Service, 1111 Constitution Avenue, Washington, DC 20224 |
| 519492679 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 22:05:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519460977 | + | EDI: MID8.COM | Feb 04 2022 02:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519450061 | + | EDI: LCIPHHMRGT | Feb 04 2022 02:28:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 519491128 | | EDI: LCIPHHMRGT | Feb 04 2022 02:28:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 519488919 | | EDI: LCIPHHMRGT | Feb 04 2022 02:28:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 519495164 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 03 2022 22:03:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519450063 | + | Email/Text: bankruptcy@savit.com | Feb 03 2022 22:04:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519450065 | + | EDI: COMCASTCBLCENT | Feb 04 2022 02:28:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519492483 | + | EDI: WFFC.COM | Feb 04 2022 02:28:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 519450066 | + | EDI: WFFC.COM | Feb 04 2022 02:28:00 | Wells Fargo Mortgage, Att: Written Correspondance Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | EMIGRANT BANK, 6 EAST 43RD ST, 10TH FL, NEW YORK NY 10017-4629, address filed with court:, Emigrant Funding Corp, c/o Emigrant Bank, 5 East 42nd Street, New York, NY 10017-6904 |
| 519450062 | *+ | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 519450064 | *+ | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

**Name**     **Email Address**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: 148 | Total Noticed: 26 |

Camille J Kassar
    on behalf of Debtor Leondis Perry ckassar@locklawyers.com
    bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Robert P. Saltzman
    on behalf of Creditor Emigrant Funding Corp dnj@pbslaw.org

Shauna M Deluca
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for SECURITIZED ASSETBACKED
    RECEIVABLES LLC TRUST 2007-NC1, MORTGAGE PASS-THROUGHCERTIFICATES, SERIES 2007-NC1
    sdeluca@raslg.com

Shauna M Deluca
    on behalf of Creditor Wells Fargo Bank National Association as Trustee for Option One Mortgage Loan Trust
    2007-5,Asset-Backed Certificates, Series 2007-5 sdeluca@raslg.com

Stuart H. West
    on behalf of Creditor Emigrant Funding Corp swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8