Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                           Case No.:  21−19187−RG
                                           Chapter:  13
                                           Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leondis Perry
   473 Halstead Street
   aka 196−198 Tremont Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−2970

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 6, 2022</u>                  <u>Rosemary Gambardella</u>
                                              Judge, United States Bankruptcy Court